27 F.3d 564
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES of America, Plaintiff Appellee,
v.
Arthur Lee HOOK, Defendant Appellant.
 No. 93-6933.
 United States Court of Appeals, Fourth Circuit.
 Submitted May 24, 1994.
Decided June 8, 1994.
 
 Appeal from the United States District Court for the District of South Carolina, at Columbia. Dennis W. Shedd, District Judge. (CR-92-89)
 Arthur Lee Hook, appellant pro se.
 Eric William Ruschky, Asst. U.S. Atty., Columbia, S.C., for appellee.
 D.S.C.
 AFFIRMED.
 Before WIDENER, WILKINSON, and NIEMEYER, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying his motion to clarify his sentence. Our review of the record and the district court's order discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. United States v. Hook, No. CR-92-89 (D.S.C. Aug. 3, 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED